Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GWEN MORASCO, an individual,

                Plaintiff,

      v.

CITY OF SEATTLE, a Washington state municipality,

                Defendant.

No. 2:25-cv-00496-RSM

**STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME**

NOTING DATE: DECEMBER 31, 2025

COME NOW, the Parties, Plaintiff, GWEN MORASCO ("Morasco" or the "Plaintiff"), and the Defendant, CITY OF SEATTLE (the "City" or the "Defendant") (collectively, Plaintiff and Defendant shall hereinafter be referred to as the "Parties"), by and through their undersigned counsel, and hereby jointly request that the Court extend the remaining deadlines for discovery, as set forth in the Court's Order Setting Trial Date and Related Dates (the "Order") [D.E. 10]. In further support thereof, the Parties hereby state as follows:

1.    As set forth in the Order [D.E. 10], the deadline for the Parties to file any discovery related motions in this matter is January 2, 2026. The deadline for the Parties to complete discovery is February 2, 2026.

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME - 1

2.      At this time, the Parties have been diligently working to complete discovery within that time frame, and Plaintiff has taken the deposition of a witness employed by the City of Seattle. The City has scheduled Plaintiff's deposition to take place on January 28, 2026, and there are other depositions of City witnesses that Plaintiff has scheduled to conduct in January, 2026. The Parties remain in the process of scheduling other witnesses, including a Rule 30(b)(6) witness for the City.

3.      Moreover, the Parties have exchanged written discovery requests and responses, and produced responsive documents. But issues remain between the Parties as to the sufficiency of the City's compliance with Plaintiff's discovery requests, and Plaintiff has indicated an intention to bring certain of these matters before the Court, in the event that the case is not able to settle at mediation, which is scheduled for January 13, 2026. Furthermore, the Parties may require additional time to schedule and complete depositions of other witnesses, such as the expert witnesses that have been disclosed by the Parties, who have not yet been scheduled for deposition.

4.      The Parties believe that an extension of time of fourteen (14) days, for each of the remaining discovery deadlines, will be sufficient time to bring any remaining issues before the Court, in the event that the case cannot settle, and to complete any remaining discovery not subject to any motions brought before the Court, on a mutual and cooperative basis. This requested extension would  put the deadline for discovery motions on **January  16, 1026**, and the deadline for completion of discovery on  **February 17, 2026**.

5.      At this time, the next deadline in this matter after these discovery deadlines is the deadline for filing of dispositive motions, which is scheduled for March 3, 2026. The Parties do not believe that granting the relief requested herein will require an extension of that deadline, nor any other modifications to the existing schedule set forth in the Order [D.E. 10].

6.      Should the extension be granted, the Parties will work diligently to complete discovery and have all issues  resolved timely. In any case, the Parties will attend mediation in good faith on January 13, 2025, in an attempt to resolve this dispute without the need for further litigation.

1    **WHEREFORE**, the Parties jointly request that the instant stipulated motion be granted,

2    and that the Court extend the deadline for filing discovery motions in this matter until **January**

3    **16, 2026**, extend the deadline for completion of discovery until **February 17, 2026**, and order such

4    other relief as is deemed equitable and just.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME - 3

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3

4    DATED:  December 22, 2025              /s/ Robert Bouvatte
                                           ROBERT BOUVATTE, JR., WSBA #50220
5                                          ROBERT A. BOUVATTE, PLLC
                                           bob@rbouvattepllc.com
6                                          rbouvattelaw@gmail.com
                                           (564) 999-4005
7

8                                          *Attorney for Plaintiff, Gwen Morasco*

9

10
     DATED:  December 30, 2025              ANN DAVISON
11                                          Seattle City Attorney

12
                                    By:    /s/ Macaulay Dukes
13                                         COURTNEY GARCIA, WSBA #38336
                                           MACAULAY DUKES, WSBA #55757
14                                         Assistant City Attorneys
                                           Seattle City Attorney's Office
15                                         701 Fifth Ave., Suite 2050
                                           Seattle, WA  98104-7095
16                                         Phone: (206) 684-8200
                                           Fax: (206) 684-8284
17                                         Courtney.Garcia@seattle.gov
                                           Macaulay.Dukes@seattle.gov
18

19                                         *Attorneys for Defendant, City of Seattle*

20

21

22

23

24

25

26

STIPULATION  AND ORDER FOR EXTENSION OF TIME - 4

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2    The Parties shall have an additional fourteen (14) days to comply with the remaining

3    discovery deadlines in this matter. Accordingly, the deadline for filing motions related to discovery

4    is hereby extended to **January 16, 2026**, and the deadline for completion of discovery is hereby

5    extended to **February 17, 2026**.

6

7    DATED: December 31, 2025

8

9    _____
     The Honorable Ricardo S. Martinez
10   United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME - 5