**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

**SEATTLE DIVISION**

| | |
|---|---|
| GWEN MORASCO, an individual, | Case No.  2:25-cv-00496-RSM |
| Plaintiff, | **STIPULATION AND MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** |
| v. | |
| CITY OF SEATTLE, a Washington state municipality, | |
| Defendant. | **NOTED FOR CONSIDERATION: March 5, 2026** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and Local Civil Rules 7(d)(1) and 10(g), the parties to the above-captioned case, including the Plaintiff, GWEN MORASCO ("Morasco" or the "Plaintiff"), and the CITY OF SEATTLE (the "City" or the "Defendant") (the Plaintiff and the Defendant may hereinafter be jointly referred to as the "Parties"), by and through their undersigned attorneys, have stipulated to and hereby jointly request the Court's approval of a voluntary dismissal of the Plaintiff's claims and causes of action against the Defendant, as set forth in the Plaintiff's Complaint for Damages, Declaratory Relief, and Injunctive Relief (the "Complaint") [D.E. 1], *with prejudice*. Each party will bear its own costs, expenses, and attorneys' fees with respect to this matter, except as set forth in the Settlement Agreement and Release between the Parties. The Parties accordingly request that the Court enter the subjoined Order consistent with this stipulation.

STIPULATION FOR VOLUNTARY
DISMISSAL WITH PREJUDICE
NO: 2:25-cv-00496-RSM

1

RESPECTFULLY SUBMITTED this 5th day of March, 2026.


By:  */s/ Robert A. Bouvatte, Jr.*
Robert A. Bouvatte, Jr., WSBA # 50220
ROBERT A. BOUVATTE, PLLC
P.O. Box 14185
Tumwater, WA 98511
PH: (564) 999-4005
bob@rbouvattepllc.com
rbouvattelaw@gmail.com
*Attorney for Plaintiff*


By:  */s/ Macaulay Dukes*
COURTNEY GARCIA, WSBA #38336
MACAULAY DUKES, WSBA #55757
SEATTLE CITY ATTORNEY'S OFFICE
PH: (206) 684-8200
Courtney.Garcia@seattle.gov
Macaulay.Dukes@seattle.gov
*Attorneys for Defendant*

STIPULATION FOR VOLUNTARY
DISMISSAL WITH PREJUDICE
NO: 2:25-cv-00496-RSM

2

**ORDER**

Having reviewed the foregoing stipulation and good cause appearing therefore, IT IS HEREBY ORDERED:

1.      The Parties' Joint Motion and Stipulation for Voluntary Dismissal is hereby GRANTED;

2.      All claims in the Plaintiff's Complaint [D.E. 1] are hereby DISMISSED WITH PREJUDICE; and

3.      The Plaintiff and Defendant shall each bear their own attorney's fees and costs with respect to this matter, except as set forth in the Settlement Agreement between the Parties.

IT IS SO ORDERED.

DATED this 9th day of March, 2026.

_____
The Honorable Ricardo S. Martinez
U.S. DISTRICT COURT JUDGE

STIPULATION FOR VOLUNTARY                    3
DISMISSAL WITH PREJUDICE
NO: 2:25-cv-00496-RSM

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel/parties of record. I hereby certify that no other parties are to receive notice.

Dated: March 5, 2026.

By: _____
Robert A. Bouvatte, Jr., Esq.
ROBERT A. BOUVATTE, PLLC
P.O. Box 14185
Tumwater, WA 98511
PH: (564) 999-4005
bob@rbouvattepllc.com
rbouvattelaw@gmail.com

*Counsel for Plaintiff, Gwen Morasco*

STIPULATION FOR VOLUNTARY                    4
DISMISSAL WITH PREJUDICE
NO: 2:25-cv-00496-RSM